Prob 12A (10/16)
VAE (9/19)

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs <u>Harvey Lee Watson</u>　　　　　　　Docket No. <u>1:07CR00249-001</u>

### Petition on Supervised Release

COMES NOW <u>Raymond M. Hess</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Harvey Lee Watson</u>, who was placed on supervision by the Honorable Leonie M. Brinkema, United States District Judge, sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>16th</u> day of <u>November</u>, <u>2007</u>, who fixed the period of supervision at <u>three (3) years</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows

### See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**It is hereby ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 10th day of December, 2019, and ordered filed and made a part of the records in the above case. | Executed on _____ |
| /s/ _____<br>Leonie M. Brinkema<br>United States District Judge | **Raymond M. Hess** Digitally signed by Raymond M. Hess<br>Date: 2019.12.10 13:34:53 -05'00'<br>Raymond M. Hess<br>Senior U.S. Probation Officer<br>703-366-2118<br><br>Place Manassas, Virginia |

<u>OFFENSE:</u> Count 1: Interference with Commerce by Threats or Violence (Felony), in violation of Title 18,

**Petition on Supervised Release**
**Page 2**
**RE: WATSON, Harvey Lee**

U.S.C., Section 1951; and Count 2: Possession of a Firearm in Furtherance of a Crime of Violence (Felony), in violation of Title 18, U.S.C., Section 924(c)(1)(A).

SENTENCE: On November 16, 2007, the defendant was sentenced to one hundred twenty-six (126) months imprisonment, consisting of six (6) months as to Count 1, and one hundred twenty (120) months as to Count 2, to run consecutively, with credit for time served, followed by three (3) years of supervised release. Special conditions of supervision included: 1) the defendant must remain drug free and submit to mandatory drug testing for which the defendant must pay. The defendant must satisfactorily participate in, and complete, any inpatient or outpatient drug treatment to which the defendant is directed by the probation officer; and 2) the defendant shall not associate with any drug users or dealers, and shall not be in a location where drugs are being used or sold.

The defendant was released from imprisonment on July 8, 2016, and commenced his supervision in the Eastern District of Virginia. The defendant was serving an additional sentence in Prince William County for this sentence and was released from the charge on September 5, 2016.

On October 11, 2016, a Violation Report/No Court Action Recommended was submitted to the Court, alleging that the defendant was arrested for Assault and Battery-Police Officer or Firefighter. The Court approved the No Action Recommendation pending the outcome of this case if Fairfax County General District Court. This case has been resolved and is detailed below.

On January 6, 2017, a Petition of Supervised release was submitted to the Court for the above charge due to the defendant pleading guilty as charge in Fairfax County General District Court. On January 19, 2017, the defendant appeared before Your Honor for the violation at which time the defendant was sentenced to serve one day in jail and shall serve a new period of supervised release with the same conditions previously set forth. The defendant's expiration date is January 18, 2020.

The defendant is working full time as a laborer with Nutralvail Technologies, has appeared for all scheduled appointments, except for the appointment on December 9, 2019, all drug screens have returned negative for illegal drugs and he has submitted his monthly reports as directed. The defendant received an evaluation from National Counseling Group and no treatment was recommended.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:** **"WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."**

On December 5, 2019, the defendant and Christopher Johnson were in a parked vehicle when Officer Duffy with the Fairfax Police Department approached them. The car smelled of marijuana and both were taken into custody. A record check revealed that the defendant had a warrant with Prince William County for Possession with Intent to Deliver Illegal Substance. The defendant was arrested and subsequently processed at the Alexandria Detention Center.

Once there, the defendant was searched by Deputy Little, Fairfax Sheriff's Office as part of the intake process. During the strip search, it was discovered that the defendant had a small baggie protruding from his rectum. He

**Petition on Supervised Release**
Page 3
RE: WATSON, Harvey Lee

was asked to remove it and the defendant replied, "there was nothing there." The officer then asked another officer assisting if he could see, to which he responded in the positive. When Officer Little left to get his Sergeant to assist, the defendant pulled the baggie out of his rectum and ripped it open onto the floor. The white powdery substance, which later confirmed as positive of cocaine, came out and the defendant tried to destroy it with his hands and feet. Officer Little ordered him to stop to which he failed to do, but after a short period of time the defendant stepped away and complied their directives.

On December 5, 2019, the defendant appeared before Fairfax County General District Court for an Arraignment on the following charges: Prisoner Possession of Unlawful Chemical, Obstruction Resist without Force, and Possession of Schedule 1 or 2 Illegal Drugs.

The defendant is currently out on bail and is scheduled to appear before Fairfax County General District Court on January 22, 2020.

It is noted that the probation office made repeated attempts at obtaining the origin of the Prince William County Warrant referenced above; however, it was to no avail. If this warrant was a result of new charges in Prince William County, an Addendum to the Petition will be submitted to the Court.

**STANDARD CONDITION #9:** "THE DEFENDANT SHALL NOT ASSOCIATE WITH ANY PERSONS ENGAGED IN CRIMINAL ACTIVITY, AND SHALL NOT ASSOCIATE WITH ANY PERSON CONVICTED OF A FELONY UNLESS GRANTED PERMISSION TO DO SO BY THE PROBATION OFFICER."

During the above arrest, the defendant was in a vehicle with Christopher Johnson. A record check revealed that Mr. Johnson has been convicted of several felonies, including Burglary, Possession with Intent to Deliver Illegal Drugs and several probation violations.

**STANDARD CONDITION #2:** "THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH."

On December 9, 2019, this officer contacted the defendant via text message. He agreed that he would report on this date to discuss the new charges. This officer informed him that failure to report on this date would result in a warrant for his arrest. The defendant failed to report and has not been heard of since that time. All attempts to call and text the defendant has failed to yield a response.

RMH/lmg